UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CINDY ELAINE WASHINGTON,**

        **Plaintiff,**

v.                                            Case No. 6:25-cv-563-CEM-DCI

**LUIS R-B, LYDIA CORTEZ,
ALICIA REECE, DAN H.,
LASONJE HOLLINGER, and
MEARS TRANSPORTATION
TALENT ACQUISITION,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 7), recommending that the Motion be denied and Plaintiff be given leave to amend, (*id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before June 2, 2025**, Plaintiff may file an Amended Complaint and Renewed Motion to Proceed *In Forma Pauperis* that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party