UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CINDY ELAINE WASHINGTON,**

    **Plaintiff,**

    v.                                     Case No. 6:25-cv-563-CEM-DCI

**CDL TRAINER LUIS R-B,
CWC,CWCL LYDIA CORTEZ,
ALICIA REECE, M C
OPERATION DAN H., LASONJE
HOLLINGER,  MEARS
TRANSPORTATION TALENT
ACQUISTION,**

    **Defendants,**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* ("Motion," Doc. 13). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 14), recommending that the Motion be denied and this case be dismissed. Plaintiff filed an Appeal of the R&R (Doc. 15), which will be interpreted as an Objection.

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's report and recommendation concerning specific proposed findings or recommendations to which an objection is made. *See also* Fed. R. Civ. P. 72(b)(3). *De novo* review

"require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Plaintiff's Objection does not comport with Federal Rule of Civil Procedure 72. Rather than objecting to specific portions of the R&R, Plaintiff's Objection makes unsubstantiated allegations of abuses of power, defamation, and intimidation. (*See generally* Doc. 15). The Court declines to address arguments that have already been addressed in the R&R without Plaintiff explaining which portions of the R&R she disagrees with and why.

Despite the R&R's finding that Plaintiff is a pauper, Plaintiff's Objection states that the "plaintiff['s] finances ha[ve] NOT changed." (*Id.* at 1). Nowhere does Plaintiff's Objection discuss the R&R's finding that the Amendment Complaint should be dismissed because it does not comply with the pleading requirements of the Federal Rules of Civil Procedure. (*See generally id.*).

Plaintiff's Objection does not raise a single coherent legal argument in opposition to the R&R. After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and considering Plaintiff's Objections, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Objection (Doc. 15) is **OVERRULED**.
2. The Report and Recommendation (Doc. 14) is **ADOPTED** and made a part of this Order.
3. The Motion to Proceed *In Forma Pauperis* (Doc. 13) is **DENIED**.
4. Plaintiff's Amended Complaint (Doc. 12) is **DISMISSED without prejudice**.
5. **On or before October 21, 2025**, Plaintiff may file a Second Amended Complaint and Renewed Motion to Proceed *In Forma Pauperis* that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the dismissal of this case with prejudice without further notice.

**DONE** and **ORDERED** in Orlando, Florida on September 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party