UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CINDY ELAINE WASHINGTON,**

      **Plaintiff,**

**v.**                                **Case No. 6:25-cv-563-CEM-DCI**

**LUIS R-B, LYDIA CORTEZ,**
**ALICIA REECE, DAN H.,**
**LASONJE HOLLINGER, DEANA**
**JACKSON, and CINDI P.,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Third Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 19) and Second Amended Complaint (Doc. 18). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 21), recommending that the Motion be denied and Plaintiff's Second Amended Complaint be dismissed without leave to amend.

In response to the R&R Plaintiff filed a Motion for Relief from Judgment (Doc. 22), alleging that a final judgment had been entered against her on January 27, 2026, the date the R&R was issued. The Magistrate Judge entered an Endorsed Order (Doc. 23) that denied the Motion for Relief from Judgment without prejudice. The Endorsed Order explained that a judgment was not entered against Plaintiff on

January 27, 2026. (Doc. 23). Plaintiff then filed a Response to the Endorsed Order ("Response," Doc. 24).

To the extent the Court can discern the Response, it does not appear to raise any specific objections to the R&R. (*See generally* Doc. 24). Plaintiff has been informed that objections to a report and recommendation must be raised in a filing that complies with the Local Rules and Federal Rules of Civil Procedure. (Doc. 23 ("[I]f Plaintiff seeks to object to the Report and Recommendation . . . Plaintiff must file an objection in compliance with the Local Rules and Federal Rules of Civil Procedure.")). Rule 72 of the Federal Rules of Civil Procedure provides that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Plaintiff's Response was filed 58 days after the R&R was issued and 32 days after the Endorsed Order denying Plaintiff's Motion for Relief from Judgment was issued. Given that the Response is untimely, does not assert that it is an objection to the R&R, and does not appear to make any substantive arguments as to the R&R, the Court will not *sua sponte* construe it to be an objection.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no proper objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order.

2. The Motion to Proceed *in Forma Pauperis* (Doc. 19) is **DENIED**.

3. The Second Amended Complaint (Doc. 18) is **DISSMISSED without leave to amend.**

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party